TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

**PAUL A. TURCKE** (ID Bar No. 4759)
Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Telephone: (202) 532-5994
Facsimile: (202) 305-0275
Email: Paul.Turcke@usdoj.gov

**SONYA J. SHEA** (CA Bar No. 305917)
Senior Attorney
Environmental Defense Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-7231
Facsimile: (303) 844-1350
Email: Sonya.Shea@usdoj.gov

**SHANNON BOYLAN** (DC Bar No. 1724269)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 598-9584 (Boylan)
Facsimile: (202) 305-0275
Email: Shannon.Boylan@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT; et al., <br><br> Defendants, <br> and <br><br> P4 PRODUCTION, L.L.C., <br><br> Intervenor-Defendant. | Case No. 4:21-cv-00182-BLW <br><br><br> **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |

Please take notice that Federal Defendants the U.S. Bureau of Land Management; Mary D'Aversa in her official capacity as District Manager for the Bureau of Land Management Idaho Falls District, and the U.S. Department of the Interior, hereby appeal to the U.S. Court of Appeals for the Ninth Circuit from the District Court's July 31, 2023 Judgment (ECF No. 112), June 2, 2023 Memorandum Decision and Order (ECF No. 107), and January 24, 2023 Memorandum Decision and Order (ECF No. 79): (1) Granting Plaintiffs' Motion for Summary Judgment; and (2) Denying Federal Defendants' Motion for Summary Judgment.

Respectfully submitted,

DATED: September 28, 2023.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

 /s/ Shannon Boylan
SHANNON BOYLAN (DC Bar No. 1724269)
PAUL A. TURCKE (ID Bar No. 4759)
Trial Attorneys, Natural Resources Section
150 M St. NE
Washington, DC 20002
(202) 598-9584 (Boylan)
(202) 532-5994 (Turcke)
(202) 305-0275 (facsimile)
Shannon.Boylan@usdoj.gov
Paul.Turcke@usdoj.gov

SONYA SHEA (CA Bar No. 305917)
Senior Attorney, Environmental Defense Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-7231
(303) 844-1350 (facsimile)
Sonya.Shea@usdoj.gov