|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 26 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>       Plaintiffs - Appellees,<br><br> v.<br><br>BUREAU OF LAND MANAGEMENT, et al.<br><br>       Defendants - Appellants<br><br>P4 PRODUCTION LLC,<br><br>       Intervenor-Defendant. | No. 23-2810<br><br>D.C. No. 4:21-cv-00182-BLW<br>District of Idaho, Pocatello<br><br>ORDER |
| CENTER FOR BIOLOGICAL DIVERSITY; et al.,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>BUREAU OF LAND MANAGEMENT; et al.<br><br>       Defendants - Appellees,<br><br>P4 PRODUCTION LLC,<br><br>       Intervenor-Defendant-Appellee. | No. 23-2823<br><br>D.C. No. 4:21-cv-00182-BLW<br>District of Idaho, Pocatello |

Appellants' motion to dismiss appeal no. 23-2810 (Docket Entry No. 7) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court as to appeal no. 23-2810 only.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator